```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :
                                 :
TAHIR ALI KHAN,                  :      S1 07 Cr. 711  (LAP)
    a/k/a "Waheed Khan,"         :
    a/k/a "Ali,"                 :
    a/k/a "Haji,"                :
    a/k/a "Shan,"                :
FAYYAZ AHMED,                    :
ARIE BENSHIMON,                  :
    a/k/a "the Jew,"             :
    a/k/a "Jewish Guy,"          :
NAVEED ALI BHINDAR,              :
    a/k/a "Sheikh,"              :
SYED HASSAN,                     :
MUHAMMAD ISHAQ,                  :
    a/k/a "Saqa,"                :
BASHARAT JARRAL,                 :
    a/k/a "Alex,"                :
NADEEM KHAN,                     :
GHULAM MEHMOOD,                  :
    a/k/a "Mama,"                :
    a/k/a "Zafar,"               :
SHAHEEN MUKHTAR,                 :
    a/k/a "Nick,"                :
QAISER QURESHI,                  :
    a/k/a "Auntie,"              :
FRANKLIN RODRIGUEZ,              :
    a/k/a "Spanish Guy,"         :
    a/k/a "Chancey,"             :
SYED SHAH,                       :
    a/k/a "Charsi,"              :
    a/k/a "Chotu,"               :
    a/k/a "Joji,"                :
OSCAR SANCHEZ,                   :
    a/k/a "Charsi,"              :
    a/k/a "Bank of America,"     :
PRADIPT SHARMA,                  :
    a/k/a "the CitiBank          :
        guy,"                    :
                                 :
              Defendant.         :
- - - - - - - - - - - - - - - - x
```

USDC SDNY / ELECTRONICALLY FILED / AUG 15 2007

        WHEREAS, the above-captioned indictment was returned on

August 13, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as S1 07 Cr. 711 be unsealed.

Dated: New York, New York
       August 15, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York