```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :     AMENDED
                                    :     GOVERNMENT'S
          -v-                       :     FORFEITURE BILL
                                    :     OF PARTICULARS
TAHIR ALI KHAN,                     :
     a/k/a "Waheed Khan,"           :     S1 07 Cr. 711
     a/k/a "Ali,"                   :
     a/k/a "Haji,"                  :
     a/k/a "Shan,"                  :
FAYYAZ AHMED,                       :
ARIE BENSHIMON,                     :
     a/k/a "the Jew,"               :
     a/k/a "Jewish Guy,"            :
NAVEED ALI BHINDAR,                 :
     a/k/a "Sheikh,"                :
SYED HASSAN,                        :
MUHAMMAD ISHAQ,                     :
     a/k/a "Saqa,"                  :
BASHARAT JARRAL,                    :
     a/k/a "Alex,"                  :
NADEEM KHAN,                        :
GHULAM MEHMOOD,                     :
     a/k/a "Mama,"                  :
     a/k/a "Zafar,"                 :
SHAHEEN MUKHTAR,                    :
     a/k/a "Nick,"                  :
QAISER QURESHI,                     :
     a/k/a "Auntie,"                :
FRANKLIN RODRIGUEZ,                 :
     a/k/a "Spanish Guy,"           :
     a/k/a "Chancey,"               :
OSCAR SANCHEZ,                      :
     a/k/a "Charsi,"                :
     a/k/a "Bank of America,"       :
SYED SHAH,                          :
     a/k/a "Faisal,"                :
     a/k/a "Chotu,"                 :
     a/k/a "Joji,"                  :
PRADIPT SHARMA,                     :
     a/k/a "the CitiBank guy,"      :
                                    :
              . . . . . . Defendants. :
                                    :
- - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in the Indictment as alleged in the Forfeiture Allegations, includes the following:

1. all right, title and interest in the real property and appurtenances known as ▓▓▓▓▓▓▓▓▓▓ Carteret, New Jersey 07008, as well as any and all contents of that real estate property, including but not limited to furniture, furnishings, appliances, and electronics, including but not limited to those properties listed in Exhibit A;

2. all right, title and interest in the real property and appurtenances known as ▓▓▓▓▓▓▓▓▓▓ Hoover, Alabama 35244-3294, as well as any and all contents of that real estate property, including but not limited to furniture, furnishings, appliances, and electronics, including but not limited to those properties listed in Exhibit B;

The Government further gives notice that, as an independent and separate basis, these above-described properties are forfeitable as substitute assets, pursuant to Title 21, United States Code, Section 853(p), as specified in the Indictment.

Dated:   New York, New York
         August 28, 2007

                                    Respectfully Submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:  _Lisa Zornberg / SR_____
                                    LISA ZORNBERG
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2720

**AFFIRMATION OF SERVICE**

      RENEE SPILKER, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That I am employed at the Office of the United States Attorney for the Southern District of New York.  That upon the electronic filing of the following document, on August 28, 2007, I caused one copy of the attached Government's Forfeiture Bill of Particulars to be delivered by mail and ECF to:

    Steve Frankel, Esq.
    319 Broadway, 5th Floor
    New York, NY 10007
    Counsel for Arie Benshimon

    Ellyn Bank, Esq.
    30 Vessey Street
    Suite 100
    New York, NY 10007
    Counsel for Naveed Ali Bhindar

    Raphael Scotto, Esq.
    17 Battery Place, Ste. 1226
    New York, NY 10004
    Counsel for Syed hassan

    Darmin Bachu, Esq.
    127-21 Liberty Avenue
    Richmond Hill, NY 11419
    Counsel for Mohammed Ishaq

    Daniel Nobel, Esq.
    401 Broadway, 25th Floor
    New York, NY 10013
    Counsel for Basharat Jarral

    Lisa Pelosi, Esq.
    67 Wall St., Ste. 2411
    New York, NY 10005
    Counsel for Nadeem Khan

    Peter Tsapatsaris, Esq.
    52 Duane Street, 10th Fl.
    New York, NY 10007
    Counsel for Tahir Ali Khan

Donald DuBoulay, Esq.
401 Broadway, 25th Fl.
New York, NY 10013
Counsel for Ghulam Mehmood

Rocco Cippiarone, Esq.
203-205 Blackhorse Pike
Haddon Heights, NJ 08035
Counsel for Shaheen Mukhtar

Lou Fasulo, Esq.
Fasulo, Shalley & DiMaggio
225 Broadway, Ste. 715
New York, NY 10007
Counsel for Qaiser Quereshi

Sammy Sanchez, Esq.
30 Vessey St.
New York, NY 10007
Counsel for Franklin Rodriguez

Thomas Dunn, Esq.
7 Dey Street, Ste. 1101
New York, NY 10007
Counsel for Oscar Sanchez

Daniel Gotlin, Esq.
100 Lafayette St. Ste. 404
New York, NY 10013
Counsel for Afzal Shaikh

Erika Edwards, Esq.
Donaldson, Chilliest &
McDaniel, LLP
103 East 125th Street, Ste. 1102
New York, NY 10035
Counsel for Pradipt Sharma

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         August 28, 2007

_____
RENEE SPILKER

# EXHIBIT A

## EXHIBIT A
## Partial Inventory of Items Observed at ▓▓▓▓▓▓▓▓▓▓ Carteret New Jersey, on August 15, 2007

| Location | Item |
|---|---|
| Family Room | Sony Bravia, Serial # 8015025 |
| | Linksys Wireless Router, Serial # CGNBIG215063 |
| | Cable Modem |
| | Leather Couch |
| | Computer Table |
| Laundry Room | Dryer - Kenmore 80 Series, Serial # MH3610500 |
| | Washer - Kenmore 70 Series, Serial # SM9710804-A |
| Other Room | Firestorm Rhino Bike |
| | Schwinn Rhythm Bike |
| | Strawberry Bike |
| | Dewalt Sawzall, Serial # 16130920071049 |
| | Dell TV, Serial # 74N7CC1 |
| Garage | Toro Lawnmower, UPC # 2013820076 |
| | Leafblower, Serial # TK0462061 |
| | Toro Weedwacker, Serial # 033288 |
| | Hedge Trimmer - B & D |
| | Dewalt Drill, Serial # 34905820070749 |
| TV Room | Sony Bravia, Serial # 800986 |
| | Bose Sound System, Serial # AM272176-00102 |
| | Fan / Air Purifier - Lasko |
| | Couch 1 |
| | Couch 2 |
| | Bedding |
| Dining Room | Dining Room Table & Chairs - Pulaskic (?) Furniture |
| | China Cabinet |
| Kitchen | Cuisnart Microwave, Serial # 060847390101440 |
| | Kenmore Refrigerator, Serial # SE4547749 |
| Master Bedroom | Bedside Table - 1 & 2 |
| | Bedroom Bureau with Mirror |
| | Bedroom Dresser |
| | Bedroom Bed |
| Bedroom | Children's Bed |
| | Monitor, Serial # 9376BCA00002 |
| Bedroom | Bed |
| | Monitor, Serial # CNN7050MT01 |
| | Toshiba TV/DVD, Serial # BCB560000535 |
| | Computer Table & Chair |
| Other | Vaccum Cleaner - Hoover Windtunnel, Serial # 38528-035 |
| | Planter (x2) |
| | Landscaping Bricks |

Exhibit A, Page 1 of 2

Patio Table, Chairs, and Umbrella (5 Chairs and 1 Bench)
Grill - Charmglow, Serial # 7500-S-0703T0313 26
Bricks in Landscaper's Van
Canon Digital Video Camera DC210, Bar Code 642442042668

# EXHIBIT B

## EXHIBIT B
## Partial Inventory of Items Observed at ███████████, Alabama on August 15, 2007

| Location | Item |
|---|---|
| Guest Room 1 | Wood bed frame with headboard |
| | Mattress and Boxspring |
| | Two Wood night tables |
| | Two Gold and Crystal lamps |
| | Wood dresser with mirror |
| | Tall wood dresser |
| | Area Rug |
| Living Room | Brown and beige window drapes |
| | Taupe/Yellow leather sofa |
| | Taupe/Yellow leather chair |
| | Taupe/Yellow leather chaise lounge |
| | Five gold and crystal coffee tables |
| | Two Beige leather sofas |
| | Beige leather chair |
| | 70" flat screen television |
| | DVD player |
| | Surround sound system with speakers |
| | Coffee Table |
| | Two ceiling fans |
| | Carpeting |
| | Two area rugs |
| | Large blue fountain |
| | Ceramic type fountain |
| Dining Room | Dining Table with 8 chairs |
| | Wood china cabinet with china |
| | Wood bench |
| | Crystal chandelier |
| | Large vase |
| | Marble/granite flooring |
| Child's Room | Dark wood dresser with mirror |
| | Two area rugs |
| Entryway | White Table with mirror |
| | Crystal chandelier |
| | Marble/granite flooring |
| Kitchen | Refrigerator |
| | Range with hood |
| | Dishwasher |
| | Two Ovens |
| | Trash compactor |
| | Marble/granite flooring |

| | |
|---|---|
| | Microwave |
| | Seven white chairs |
| | Wall clock |
| | Skylight |
| Master Bedroom | Bed Frame with mattress and mirrored headboard |
| | Two attached side tables with glass shelves and mirrors |
| | Dresser with glass shelf and mirror |
| | Crib |
| | Carpeting |
| | Four area rugs |
| | Blue recliner |
| | Three drawers of assorted jewelry |
| Wood Deck | Gas Grill |
| | Metal Table with four metal chairs |
| | Glass top table with four black chairs |
| | Pontoon Boat |
| | Satellite dish |
| Front of House | Large stone lion |
| | Three tier stone fountain |
| Laundry Room/Garage | Two dryers |
| | Washing machine |
| Guest Room 2 | Two area rugs |
| | Dark leather sectional couch |
| | Two glass top tables |
| | Dark wood bed frame with headboard and mattress |
| | Two dark wood night tables |
| | Dark wood dresser with mirror |
| | Tall dark wood dresser |
| | Wood wall hanging |
| Upstairs | Glass top table with six chairs |
| | Two blue couches |