ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :
                               :
        - v. -                 :
                               :
TAHIR ALI KHAN,                :       07 Cr. 711 (LAP)
     a/k/a "Waheed Khan,"      :
     a/k/a "Ali,"              :
     a/k/a "Haji,"             :
     a/k/a "Shan,"             :
FAYYAZ AHMED,                  :
ARIE BENSHIMON,                :
     a/k/a "the Jew,"          :
     a/k/a "Jewish Guy,"       :
NAVEED ALI BHINDAR,            :
     a/k/a "Sheikh,"           :
SYED HASSAN,                   :
MUHAMMAD ISHAQ,                :
     a/k/a "Saqa,"             :
BASHARAT JARRAL,               :
     a/k/a "Alex,"             :
NADEEM KHAN,                   :
GHULAM MEHMOOD,                :
     a/k/a "Mama,"             :
     a/k/a "Zafar,"            :
SHAHEEN MUKHTAR,               :
     a/k/a "Nick,"             :
QAISER QURESHI,                :
     a/k/a "Auntie,"           :
FRANKLIN RODRIGUEZ,            :
     a/k/a "Spanish Guy,"      :
     a/k/a "Chancey,"          :
SYED SHAH,                     :
     a/k/a "Charsi,"           :
     a/k/a "Chotu,"            :
     a/k/a "Joji,"             :
OSCAR SANCHEZ,                 :
     a/k/a "Charsi,"           :
     a/k/a "Bank of America," :
MUHAMMAD SHARIF,               :
     a/k/a "Malik,"            :
PRADIPT SHARMA,                :
     a/k/a "the CitiBank       :
guy,"                          :

                Defendants.
- - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 27 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**